**DENIED and Opinion Filed June 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00726-CV**
_____

**IN RE DR. ADAM BENHAM,**
**BENHAM PROPERTY OWNERS ASSOCIATION, LLC, AND**
**BENHAM ORTHODONTICS & ASSOCIATES, PA, Relators**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02575-2024**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Molberg

Before the Court are relators' June 17, 2024 petition for writ of mandamus and emergency motion for stay of temporary restraining order. Relators challenge the trial court's June 13, 2024 Order Granting the Five Point Parties' Amended Application for Modified Temporary Restraining Order.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The order at issue was signed by Judge Ray Wheless sitting by

assignment. But relators name the Honorable Andrea Bouressa as the respondent. Thus, the petition does not identify the correct respondent as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a), (d)(2); *In re Read*, No. 05-22-01247-CV, 2022 WL 17828925, at *1 (Tex. App.—Dallas Dec. 21, 2022, orig. proceeding) (mem. op.).

Even if this defect did not exist, however, after reviewing the petition and record before us, we conclude that relators failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. TEX. R. APP. P. 52.8(a). We also deny relators' emergency motion as moot.

/Ken Molberg/
KEN MOLBERG
240726F.P05                                    JUSTICE